IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>**Anita V. Tennant**<br>　　　　　　　　　　**Debtor** | : : : : | **Chapter 13** |
| **Anita V. Tennant**<br>　　　　　　　　　　**Movant**<br>　　　v.<br>**U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-He2, Asset Backed Pass-Through Certificates, Series 2005-He2**<br>　　　　　　　　　　**Respondent** | : : : : : : : : : : | **Bankruptcy No. 15-14549 ELF** |

**RESPONSE OF U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE2 TO MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY**

Respondent, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-He2, Asset Backed Pass-Through Certificates, Series 2005-He2, by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to Motion To Reconsider Order Modifying Automatic Stay and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment.

9. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment.

10. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment.

11. Debtor is due for the 12/1/17 post petition payment in the amount of $590.25 and the 1/1/18-11/1/18 post petition payments in the amount of $585.95 for a total arrears due of $7,035.70, with the next post payment due on 12/1/18.

**WHEREFORE**, Respondent, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-He2, Asset Backed Pass-Through Certificates, Series 2005-He2 respectfully requests that this Honorable Court deny Motion To Reconsider Order Modifying Automatic Stay in its entirety.

Respectfully submitted,

Date:  November 29, 2018

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com