IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **Anita V. Tennant** : | |
| **Debtor** : | Chapter 13 |
| : | |
| **Anita V. Tennant** : | Bankruptcy No. 15-14549 ELF |
| **Movant** : | |
| v. : | |
| : | |
| **U.S. Bank, National Association, as Trustee for** : | |
| **Asset Backed Securities Corporation Home Equity** : | |
| **Trust, Series 2005-He2, Asset Backed Pass-** : | |
| **Through Certificates, Series 2005-He2** : | |
| **Respondent** : | |
| : | |

# **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 29, 2018 I caused to be served the Response to Motion To Reconsider Order Modifying Automatic Stay on the parties at the addresses shown below or on the attached list.

The types of service made on the parties were: Electronic Notification and First Class Mail.

**Service by Electronic Notification**

Brad J. Sadek, Esquire
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C Miller, Esquire (Trustee)
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Service by First Class Mail**

**Anita V. Tennant**
2140 Fanshawe Street
Philadelphia, PA 19149

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com